Charles F. Colcord, appellant, v. Frederick H. Bartlett & Company, appellee. Gen. No. 25,381.

Action for conversion of fences and buildings. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Martin M. Gridley, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed November 4, 1920.

Leslie H. Whipp, for appellant. E. P. Vail, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Edward Sullivan and Frank Sullivan, trading as Sullivan Brothers, appellees, v. F. Oppenheimer, appellant. Gen. No. 25,428.

Action to recover purchase price of goods sold and delivered. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed November 4, 1920.

Archie H. Cohen, for appellant. Michael W. Kaveney, for appellees.

Mr. Justice Thomson delivered the opinion of the court.

---

Loretta Reilly, appellant, v. Chicago Railways Company et al., appellees. Gen. No. 25,440.

Action for injuries to passenger thrown to floor by jerk of street car. Judgment for defendants. Appeal from the Circuit Court of Cook county; the Hon. John P. McGoorty, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed November 4, 1920. Rehearing denied November 16, 1920.

Morse Ives and E. Meers, for appellant. Harry P. Weber, George W. Miller and Arthur J. Donovan, for appellees; John R. Guilliams and Joseph D. Ryan, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

L. P. Smith, plaintiff in error, v. Julius Bauer Piano Company, defendant in error. Gen. No. 25,452.

Action for money had and received for use of plaintiff. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed November 4, 1920.

John S. Reynolds, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Thomson delivered the opinion of the court.

---

Martha Cochrane, appellee, v. Thomas J. Cochrane, appellant. Gen. No. 25,470.

Action on promissory note. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed November 4, 1920.

Timothy J. Fell, for appellant; Hermann P. Haase, of counsel. Francis H. McKeever, for appellee; Charles Goodman, of counsel.

Mr. Justice Thomson delivered the opinion of the court.